UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JONATHAN CHRISTOPHER COFFER,

Plaintiff,

v.

JOSE DURON, et al.,

Defendants.

Case No. 25-cv-08137-EKL

**ORDER OF DISMISSAL**

Plaintiff Jonathan Christopher Coffer, a state prisoner, filed a *pro se* civil rights complaint under 42 U.S.C. § 1983, seeking money damages against Jose Duron, Correctional Officer Rodriguez, Cpt. Constantino, J. Moeckly, J. Ortega, and Correctional Officer Diaz from Salinas Valley State Prison.  Court records indicate that Coffer filed an earlier case raising the same claims against the same defendants.  *See Coffer v. Duron*, Case No. 25-cv-04138 EKL.

This case is therefore DISMISSED as duplicative.  *See Adams v. Cal. Dept. of Health Servs.*, 487 F.3d 684, 688 (9th Cir. 2007).

**IT IS SO ORDERED.**

Dated:  January 21, 2026

Eumi K. Lee
United States District Judge

United States District Court
Northern District of California